## STATE OF CONNECTICUT *v.* CRAIG MCCONNEAUGHEY
### (AC 19339)

Lavery, C. J., and Schaller and Hennessy, Js.

Argued December 12, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.

## MCCOLLAM REALTY *v.* J. C. MARTIN
### (AC 19730)

Foti, Pellegrino and O'Connell, Js.

Argued December 14, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.

## SALVATORE D. GIANNITTI *v.* EMBALMERS' SUPPLY COMPANY
### (AC 19886)

Lavery, C. J., and Spear and Daly, Js.

Argued December 14, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.